UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

        Plaintiff,

v.

UNIVERSAL HEATING & AIR CONDITIONING, INC.,
a Corporation; and
NOELLE GRACIN,
Individually and as President, and
THOMAS GRACIN,
Individually and as Vice President,

        Defendants

------------------------------------------------------------

Civil Action File
No. 14-CV-1615
SJF, GRB

CONSENT JUDGMENT

IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAR 19 2014 ★

LONG ISLAND OFFICE

Plaintiff, the Secretary of Labor, has filed his Complaint and defendants UNIVERSAL HEATING & AIR CONDITIONING, INC. and NOELLE GRACIN AND THOMAS GRACIN appeared by Counsel, waive their answer, and agree to the entry of this judgment without contest. By executing this Consent Judgment, defendants waive formal service of process of the summons and complaint in this matter.

Defendants acknowledge their responsibilities pursuant to this agreement, and acknowledge that they will be subject to sanctions in contempt of this court if they fail to comply with the provisions of this Judgment. It is, therefore, upon motion of the attorneys for plaintiff and for cause shown ORDERED that:

I. Defendants, their officers, employees, agents, and all persons acting or claiming to act in the defendants' behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 11(c) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. Section 201 et seq.), (the Act), in any of the

following manners:

(1) Defendants shall make, keep, and preserve adequate records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the Regulations issued pursuant to Section 11(c) of the Act and found at 29 CFR Part 516.

II. Defendants shall place FLSA posters in English and in any other language spoken by their employees. These posters will be provided by the Wage and Hour Division as available. Defendants shall display the posters where employees may view them.

III. Each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

**So Ordered:**

DATED: 3/19/14　　　　　　　　　　　s/ Sandra J. Feuerstein
Central Islip, NY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Defendants have appeared by counsel and
consent to the entry of this Judgment.

UNIVERSAL HEATING & AIR CONDITIONING, INC.

BY:

NOELLE GRACIN,
Individually and as President

THOMAS GRACIN,
Individually and as Vice President

Jack Glasser, Esq.
88-28 Sutphin Blvd
Jamaica, NY, 11435

Attorney for Defendants

3

STATE OF NEW YORK )
:SS:
COUNTY OF Nassau )

On the 5 day of January 2014 before me personally appeared NOELLE GRACIN to me known and known to me to be the individual described in and who executed the foregoing instrument and he duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

JENNIFER A BENEVENTIN
Notary Public - State of New York
NO. 01BE6248395
Qualified in Nassau County
My Commission Expires 9-19-15

4

STATE OF NEW YORK        )
                         :SS:
COUNTY OF Nassau         )

On the 9th day of ~~January~~ February 2014 before me personally appeared THOMAS GRACIN to me known and known to me to be the individual described in and who executed the foregoing instrument and he duly acknowledged to me that he executed the same.

*[signature]*
NOTARY PUBLIC

ERICA LACEY ORTEGA
Notary Public - State of New York
NO. 01OR6225030
Qualified in Suffolk County
My Commission Expires 07/19/14

5